**Clair BENFER, Appellant,**

**v.**

**Gladys BENFER, Appellee.**

**No. 2027.**

Municipal Court of Appeals for the District of Columbia.

Argued July 22, 1957.

Decided Sept. 16, 1957.

Samuel Intrater, Washington, D. C., with whom Albert Brick, Washington, D. C., was on the brief, for appellant.

No appearance for appellee.

Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

QUINN, Associate Judge.

In this uncontested suit for an absolute divorce on the ground of desertion, the trial judge held that plaintiff-appellant's testimony to the effect that his wife left him in 1938 without his consent was not "sufficiently" corroborated, and consequently dismissed the action. For the reasons set forth in Schroeder v. Schroeder, D.C.Mun. App.1957, 133 A.2d 470, such ruling was erroneous and requires reversal.

Reversed with instructions to grant a new trial.